

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00715-CV

Kenneth J. **THOMAS**,
Appellant

v.

**ARRIBA APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04988
Honorable Karen Crouch, Judge Presiding

# O R D E R

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

On January 18, 2019, we struck appellant's original brief because it failed to comply with the briefing rules in the Texas Rules of Appellate Procedure and ordered appellant to file an amended brief correcting the deficiencies. *See* TEX. R. APP. P. 38.1. On March 15, 2019, appellant filed an amended brief. Appellant's amended brief does not correct all the deficiencies in his original brief. For example, appellant's amended brief lacks a proper statement of the issues presented setting out the errors allegedly committed by the trial court, a proper statement of facts with record references, and legal argument that includes appropriate citations to authorities and the appellate record. *See id*. The brief also lacks proof of service on appellee's counsel. *See id*. R. 9.5(d). Notwithstanding these deficiencies, we will not strike appellant's amended brief and will not order appellant to file a second amended brief. However, appellant is advised that because of some of the deficiencies in his amended brief we may ultimately conclude that appellant has waived his appellate complaints due to inadequate briefing. *See Lott v. First Bank*, No. 04-13-00311-CV, 2014 WL 4922896, at *4 (Tex. App.—San Antonio Oct. 14, 2014, no pet.) (holding the appellant waived any appellate complaint by failing to comply with the briefing rules set out in Rule 38.1 of the Texas Rules of Appellate Procedure).

The clerk of this court is directed to send a copy of appellant's amended brief to appellee's counsel. Appellee's brief is due on **April 15, 2019**.

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.



_Keith E. Hottle_

KEITH E. HOTTLE,
Clerk of Court